# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

Request for Modifying the Conditions Or Terms of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC 10 PM 3:02
LORETTA G. WHYTE
CLERK

**Name of Offender:** SAMUEL JOSEPH BIJOU         **Case Number:** 053L 2:00CR00345-001T

**Name of Sentencing Judicial Officer:** Honorable G. Thomas Porteous Jr.

**Offense:** 18 U.S.C. 2113(a) - Bank robbery

**Date of Sentence:** March 07, 2001

**Sentence:** 41 months custody of the Bureau of Prisons followed by a three year term of supervised release. A $100.00 special assessment fee was also imposed.

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment
3. Restitution payment of $490.00 at the rate of $50.00 per month
4. Financial disclosure

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** October 16, 2003

---

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.

[ X ] To modify the conditions of supervision as follows:

Samuel Bijou is to reside at the Volunteers of America Comprehensive Sanction Center for a period of six months (180 days) or until his discharge by the facility director or probation officer. Bijou will begin his stay on December 22, 2004. Bijou must adhere to all rules and regulations of the facility.

**REASON FOR MODIFICATION:**

Samuel Bijou is being referred for halfway house placement as a result of his continued drug use. Bijou has tested positive for the presence of illicit substances at least five times. In addition, the offender has also admitted to using cocaine as recently as October 25, 2004.

As a result of his drug use, this officer referred the offender to Clearview Recovery Center on August 25, 2004. Bijou completed the inpatient drug program on September 23, 2004. Since that time, Bijou has been participating in the intensive phase of drug treatment at Family Service of Greater New Orleans.

This officer consulted with the offender's drug counselor, who recommended that Bijou be placed into long term residential treatment. In lieu of initiating revocation proceedings, this officer is recommending that the offender be placed at the halfway house in an effort to help him combat his drug addition. Bijou will be required to remain in intensive drug treatment and will also be allowed to maintain employment as a construction worker. Bijou will be required to contribute to the cost of his residency and will also be required to comply with the rules and regulations of said facility.

In light of Bijou's circumstances, this officer feels that halfway house placement is appropriate. Halfway house placement should provide Bijou with structure and will also allow this officer to effectively monitor and supervise him.

DATE OF ENTRY

DEC 1 3 2004

Bijou has read and signed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, indicating no objections to the special conditions of residency in the halfway house.

Marc S. Johnson
U.S. Probation Officer
December 09, 2004

REVIEWED BY:

Christy L Waters
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date 12/10/04

DISTRIBUTION:
| | |
|---|---|
| Original | - Clerk's Office |
| 1 Copy Certified | - U.S. Attorney |
| 1 Copy Certified | - Defense Counsel |
| 2 Copies Certified | - U.S. Probation |



'PROB 49

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions of Probation /Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Samuel Bijou is to reside at the Volunteers of America Comprehensive Sanction Center for a period of six months (180 days) or until his discharge by the facility director or probation officer. Bijou will begin his stay on December 22, 2004. Bijou must adhere to all rules and regulations of the facility.

Witness: _Marc S. Johnson_
U.S. Probation Officer

Signed: _Samuel Joseph Bijou_
Probationer or Supervised Releasee

12/9/04
DATE